# EXHIBIT A



June 27, 2023

**VIA EMAIL (roofian@aol.com) AND U.S. MAIL WITH RETURN RECEIPT**
Paul Moreno
Moreno Roofing and Solar
16 Walker St.
Watsonville, CA 95076

Re:  yelp.ai

Dear Mr. Moreno,

I write on behalf of Yelp Inc., which owns numerous registered YELP trademarks for its products and services, including the enclosed United States trademark registration 4438407—covering among other things "a website for commercial purposes featuring ratings, reviews, referrals and recommendations relating to businesses." Yelp first used this particular trademark in commerce in 2004. Yelp also owns and operate the www.yelp.com and www.biz.yelp.com domains, where its trademarks are extensively used in connection with Yelp products and services.

You appear to have registered the domain yelp.ai, as shown in the enclosed Whois domain and contact information. While we appreciate your enthusiasm for Yelp, this registration creates a likelihood of confusion with Yelp's own marks and a false impression of an endorsement or connection between you and Yelp. It also violates the Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)) and other federal and state laws concerning trademarks and unfair competition. Therefore, Yelp requests that you cease and desist any and all use of the domain yelp.ai and any other domain name(s) you have registered incorporating the YELP marks. Yelp also requests that you transfer the yelp.ai domain name to Yelp.

Please provide me with a response to the above requests by **July 11, 2023**, and feel free to reach out to me with any questions using the email address below. Thank you for your prompt attention to this matter.

Regards,

*James Daire*

James Daire
Associate Director of Legal
Yelp Inc.
jdaire@yelp.com

Encls.

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jun 27 04:07:22 EDT 2023

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Prev List] [Next List] [Image List] [Bottom] [Help]

[Logout]  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR  Jump  to record: ___   **23 Record(s) found (This page: 1 ~ 23)**

Refine Search `(live)[LD] AND (Yelp)[OW]`  [Submit]
Current Search: S1: **(live)[LD] AND (Yelp)[OW]** docs: 23 occ: 46

Export displayed results (1 ~ 23) [.csv]

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|---|
| 1 | 90877029 | 6998950 | ELITE | TSDR | LIVE | |
| 2 | 88573513 | 6002236 | | TSDR | LIVE | |
| 3 | 88573508 | 6002235 | | TSDR | LIVE | |
| 4 | 86792643 | 5148953 | WE KNOW JUST THE PLACE | TSDR | LIVE | |
| 5 | 86313029 | 4678622 | YELP ELITE SQUAD | TSDR | LIVE | |
| 6 | 86313022 | 4771588 | ELITE SQUAD | TSDR | LIVE | |
| 7 | 85693094 | 4308976 | YELP | TSDR | LIVE | |
| 8 | 85693090 | 4308975 | YELP | TSDR | LIVE | |
| 9 | 85693089 | 4438407 | YELP | TSDR | LIVE | |
| 10 | 85693087 | 4308974 | YELP | TSDR | LIVE | |
| 11 | 85693081 | 4316578 | YELP | TSDR | LIVE | |
| 12 | 85141452 | 3938129 | | TSDR | LIVE | |
| 13 | 78489937 | 3181664 | YELP | TSDR | LIVE | |
| 14 | 77514698 | 3618620 | YELP * | TSDR | LIVE | |
| 15 | 77514684 | 3618619 | YELP | TSDR | LIVE | |
| 16 | 77512878 | 3660123 | YELP | TSDR | LIVE | |
| 17 | 77512866 | 3660122 | YELP | TSDR | LIVE | |
| 18 | 77512850 | 3665778 | REAL PEOPLE. REAL REVIEWS. | TSDR | LIVE | |
| 19 | 77512826 | 3660120 | YELP | TSDR | LIVE | |
| 20 | 77512806 | 3618616 | YELP * | TSDR | LIVE | |
| 21 | 77512746 | 3660119 | YELP | TSDR | LIVE | |
| 22 | 77512723 | 3618615 | YELP | TSDR | LIVE | |
| 23 | 77100884 | 3316616 | YELP | TSDR | LIVE | |

Export displayed results (1 ~ 23) [.csv]

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Prev List] [Next List] [Image List] [Top] [Help]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 3:23-cv-06417-AMO   Document 1-1   Filed 12/13/23   Page 4 of 7

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jun 27 04:07:22 EDT 2023

Please logout when you are done to release system resources allocated for you.

List At: __ OR Jump to record: __  **Record 9 out of 23**

( Use the "Back" button of the Internet Browser to return to TESS)

# YELP

| | |
|---|---|
| **Word Mark** | YELP |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing a website for commercial purposes featuring ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies, parks and recreational areas, religious organizations and nonprofit organizations; Providing consumer information, namely, compilations, rankings, ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies, parks and recreational areas, religious organizations and nonprofit organizations; Advertising, marketing and promotion services, namely, providing information regarding discounts, coupons, rebates, vouchers, links to retail website of others, and special offers for the goods and services of others. FIRST USE: 20041000. FIRST USE IN COMMERCE: 20041000<br><br>IC 042. US 100 101. G & S: Providing a website where users can post ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies, parks and recreational areas, religious organizations and nonprofit organizations. FIRST USE: 20041000. FIRST USE IN COMMERCE: 20041000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85693089 |
| **Filing Date** | August 1, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 10, 2013 |
| **Registration Number** | 4438407 |
| **International Registration Number** | 1142884 |
| **Registration Date** | November 26, 2013 |
| **Owner** | (REGISTRANT) Yelp Inc. CORPORATION DELAWARE 350 Mission Street, 10th Floor San Francisco CALIFORNIA 94105 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John Paul Oleksiuk |
| **Prior Registrations** | 3181664;3316616;3618619;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |
| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



FLASH SALE!    .COM @ $7.99! While Stocks Last!    BUY NOW

| | | | | | Enter Domain or IP | WHOIS |

DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN | 0

## yelp.ai

Updated 11 minutes ago

### Domain Information

| Domain: | yelp.ai |
|---|---|
| Registrar: | Namecheap |
| Registered On: | 2021-08-03 |
| Name Servers: | dns1.registrar-servers.com<br>dns2.registrar-servers.com |

### Registrant Contact

| Name: | Paul Moreno |
|---|---|
| Organization: | Moreno Roofing and Solar |
| Street: | 16 Walker St. |
| City: | Watsonville |
| State: | CA |
| Postal Code: | 95076 |
| Country: | US |
| Phone: | +1.8318189453 |
| Fax: | +1.8317246202 |
| Email: | roofian@aol.com |

### Administrative Contact

| Name: | Paul Moreno |
|---|---|
| Organization: | Moreno Roofing and Solar |
| Street: | 16 Walker St. |
| City: | Watsonville |
| State: | CA |
| Postal Code: | 95076 |
| Country: | US |
| Phone: | +1.8318189453 |
| Fax: | +1.8317246202 |
| Email: | roofian@aol.com |

### Technical Contact

| Name: | Paul Moreno |
|---|---|
| Organization: | Moreno Roofing and Solar |
| Street: | 16 Walker St. |
| City: | Watsonville |
| State: | CA |
| Postal Code: | 95076 |
| Country: | US |
| Phone: | +1.8318189453 |
| Fax: | +1.8317246202 |
| Email: | roofian@aol.com |

### Billing Contact

| Name: | Paul Moreno |

**Interested in similar domains?**

- yelpbank.com — Buy Now
- freeyelp.com — Buy Now
- yelptoday.com — Buy Now
- yelpcash.com — Buy Now
- yelpbank.net — Buy Now
- yelpnews.net — Buy Now



On Sale!



.SHOP @ $2.28 $37.88



| | |
|---|---|
| Organization: | Moreno Roofing and Solar |
| Street: | 16 Walker St. |
| City: | Watsonville |
| State: | CA |
| Postal Code: | 95076 |
| Country: | US |
| Phone: | +1.8318189453 |
| Fax: | +1.8317246202 |
| Email: | roofian@aol.com |

### Raw Whois Data

```
Domain Name: yelp.ai
Registry Domain ID: 1267360_nic_ai
Registry WHOIS Server: whois.nic.ai
Creation Date: 2021-08-03T18:32:36.452Z
Registrar: Namecheap
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Registry RegistrantID: hkhtu-daxHW
RegistrantName: Paul Moreno
RegistrantOrganization: Moreno Roofing and Solar
RegistrantStreet: 16 Walker St.
RegistrantCity: Watsonville
RegistrantState/Province: CA
RegistrantPostal Code: 95076
RegistrantCountry: US
RegistrantPhone: +1.8318189453
RegistrantFax: +1.8317246202
RegistrantEmail: roofian@aol.com
Registry AdminID: pIObj-fJmQk
AdminName: Paul Moreno
AdminOrganization: Moreno Roofing and Solar
AdminStreet: 16 Walker St.
AdminCity: Watsonville
AdminState/Province: CA
AdminPostal Code: 95076
AdminCountry: US
AdminPhone: +1.8318189453
AdminFax: +1.8317246202
AdminEmail: roofian@aol.com
Registry TechID: 2pQmf-AmC8n
TechName: Paul Moreno
TechOrganization: Moreno Roofing and Solar
TechStreet: 16 Walker St.
TechCity: Watsonville
TechState/Province: CA
TechPostal Code: 95076
TechCountry: US
TechPhone: +1.8318189453
TechFax: +1.8317246202
TechEmail: roofian@aol.com
Registry BillingID: 6V9S4-YuPoE
BillingName: Paul Moreno
BillingOrganization: Moreno Roofing and Solar
BillingStreet: 16 Walker St.
BillingCity: Watsonville
BillingState/Province: CA
BillingPostal Code: 95076
BillingCountry: US
BillingPhone: +1.8318189453
BillingFax: +1.8317246202
BillingEmail: roofian@aol.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
>>> Last update of WHOIS database: 2023-06-27T15:57:10.84Z <<<

For more information on Whois status codes, please visit https://icann.org/e

TERMS OF USE: You are not authorized to access or query our WHOIS database t

The data is for information purposes only. We do not guarantee its accuracy.
```

### related domain names

nic.ai    namecheap.com    aol.com    registrar-servers.com    icann.org

---



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login    or    Create an Account

**Domains**
- Register Domain Name
- Transfer Domain Name
- View Domain Pricing
- Whois Lookup
- Name Suggestion Tool
- Free with Every Domain

**Hosting & Products**
- Linux Hosting
- Windows Hosting
- WordPress Hosting
- Linux Reseller Hosting
- Windows Reseller Hosting
- Dedicated Servers

**Infrastructure**
- Datacenter Details
- Hosting Security
- 24 x 7 Servers Monitoring
- Backup and Recovery

**Support**

Case 3:23-cv-06417-AMO   Document 1-1   Filed 12/13/23   Page 7 of 7

Follow Us

Domain Offers

Cloud Hosting

View Knowledge Base

Website Builder

Contact Support

Business Email

Report Abuse

Enterprise Email

About Whois

Google Workspace

SSL Certificates

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved  |  Legal Agreement  |  Privacy Policy