# EXHIBIT B



James Daire <jdaire@yelp.com>

## yelp.ai Domain Registration

**James Daire** <jdaire@yelp.com>  
To: roofian@aol.com

Tue, Jun 27, 2023 at 3:10 PM

Please provide receipts and evidence of payment for evaluation.

Regards,  
James

> On Tue, Jun 27, 2023 at 10:59 AM Paul Moreno <roofian@aol.com> wrote:
>
> Thank you for the message. Before the transfer, would you be willing to pay the $5000 that I paid for the domain? I can provide receipts.
>
> Thank you,  
> Paul Moreno  
> Moreno Roofing & Solar  
> 1975-2023  
> *48 YIB"  
> Call or Text: 831-818-9453
>
>> On Tuesday, June 27, 2023 at 10:30:38 AM PDT, James Daire <jdaire@yelp.com> wrote:
>>
>> Hi Paul,
>>
>> Thanks for your very prompt response, but we request that you transfer the domain to Yelp, as specified in the letter and as described here. I can put you in touch with the appropriate folks to accomplish the transfer.
>>
>> Regards,  
>> James
>>
>> On Tue, Jun 27, 2023 at 10:22 AM Paul Moreno <roofian@aol.com> wrote:
>>> Hi there James. We are redirecting Yelp.ai to your main website to avoid any confusion. I did purchase this domain for 5000
>>>
>>> Thank you,  
>>> Paul Moreno  
>>> Moreno Roofing & Solar  
>>> 1975-2023  
>>> *48 YIB"  
>>> Call or Text: 831-818-9453
>>>
>>>> On Tuesday, June 27, 2023 at 10:10:52 AM PDT, James Daire <jdaire@yelp.com> wrote:
>>>>
>>>> Hello,
>>>>
>>>> Please see the attached letter on behalf of Yelp, and feel free to contact me if you have any questions.
>>>>
>>>> Regards,
>>>>
>>>> --  
>>>> James Daire  
>>>> he/him  
>>>> Associate Director, Legal

> Yelp Inc.
> US: CA (Pacific Time)
> *I'm sending you this email at a convenient time for me. Yelp is distributed and we work at different times and in different modes. You should not feel obligated to respond to my email if it arrives in your inbox after your office hours, on a weekend, during your personal time off, or on a public holiday, or if you are heads down working.*
>
>
> --
> James Daire
> he/him
> Associate Director, Legal
> Yelp Inc.
> US: CA (Pacific Time)
> *I'm sending you this email at a convenient time for me. Yelp is distributed and we work at different times and in different modes. You should not feel obligated to respond to my email if it arrives in your inbox after your office hours, on a weekend, during your personal time off, or on a public holiday, or if you are heads down working.*

--
James Daire
he/him
Associate Director, Legal
Yelp Inc.
US: CA (Pacific Time)
*I'm sending you this email at a convenient time for me. Yelp is distributed and we work at different times and in different modes. You should not feel obligated to respond to my email if it arrives in your inbox after your office hours, on a weekend, during your personal time off, or on a public holiday, or if you are heads down working.*