# EXHIBIT C



James Daire <jdaire@yelp.com>

## [External] Re: yelp.ai Domain Registration

**Meghan Pratschler** <meghan@meghantheattorney.com>  Fri, Jul 7, 2023 at 9:57 AM
To: James Daire <jdaire@yelp.com>

Hi James,

Paul Moreno has retained me to represent him in this matter, specifically in negotiating a settlement. While he had no intent to confuse potential customer's of Yelp's, nor has he ever intended to use yelp.ai in a confusing or infringing manner (there are many ways he could have used this domain in a non-infringing manner; Yelp does not have exclusive rights to "YELP" in all areas, particularly of note, in AI and related technologies, which would not be confusing with Yelp in any way), we respect Yelp's established business and trademarks.

Mr. Moreno is not attempting to profit from this situation or Yelp's goodwill, in any way.  Accordingly, we would be satisfied having yelp.ai continue to route to yelp.com or another website at your direction, until such a time as Mr. Moreno decides on a final (non-infringing and non-confusing) use for yelp.ai.  We'd prefer, however, to wash our hands of this situation completely. Mr. Moreno is only requesting that he recover the costs of registration, and now, legal fees, in a total sum of $10,000.00.

Please confirm your receipt of this email, even if you don't immediately make a decision. We await hearing from you and hope to settle things expediently.

### Meghan Pratschler
**Founding Partner, Meghan the Attorney, LLP**
*Transactions, Startup, & Technology Law*
meghan@meghantheattorney.com
meghantheattorney.com
(415) 335-9226

*The contents of this message, including any attachments, are CONFIDENTIAL, privileged materials and are only for their intended recipients. If you are not an intended recipient, any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error, please promptly destroy it and notify me immediately.*

