# EXHIBIT G

## [External] Filing of Petition to Vacate Arbitration Award

**meghan@meghantheattorney.com Meghan Pratschler**

Wednesday, September 6, 2023 at 4:39:10 PM Pacific Daylight Time

To: Legal@namecheap.com, udrp@namecheap.com
Cc: roofian@aol.com Paul Moreno, reedlyon@yelp.com, udrp@icann.org

To whom it concerns:

I am the attorney representing Paul Moreno, current holder of the disputed domain name <yelp.ai>, which was recently awarded to Yelp, Inc. as the result of arbitration.

Attached is a copy of (1) the petition and complaint, filed in the U.S. District court for the Northern District of California, (2) the exhibits thereto, and (3) a screenshot of the case snapshot on CMECF. I would have attached a file stamped version, but today is the end of business hours on the 10th day after receiving the decision and the case has not yet been file stamped. I will follow up with a file stamped version as soon as I have received it.

Accordingly, we respectfully request that you postpone or suspend the transfer of the domain name <yelp.ai> until such a time as the civil case has been resolved.

### Meghan Pratschler
**Founding Partner, Meghan the Attorney, LLP**
*Transactions, Startup, & Technology Law*
meghan@meghantheattorney.com
meghantheattorney.com
(415) 335-9226

*The contents of this message, including any attachments, are CONFIDENTIAL, privileged materials and are only for their intended recipients. If you are not an intended recipient, any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error, please promptly destroy it and notify me immediately.*



**Attachments:**

**CMECF filing.pdf** 117k

**Moreno v Yelp Complaint.pdf** 92k

**1-combined.pdf** 242k