# EXHIBIT I




**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:23-cv-04885**

Moreno v. Yelp Inc.
Assigned to:
Demand: $6,000
Cause: 09:0010 Petition to Vacate Arbitration Award

Date Filed: 09/25/2023
Date Terminated: 09/25/2023
Jury Demand: None
Nature of Suit: 896 Other Statutes: Arbitration
Jurisdiction: Federal Question

**Petitioner**

**Paul Moreno**

represented by **Meghan Pratschler**
Meghan the Attorney, LLP
95 Third Street, Second Floor
San Francisco, CA 94103
415-335-9226
Email: meghan@meghantheattorney.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Yelp Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2023 | 1 | PETITION to Vacate Arbitration Award against Yelp Inc.. Filed byPaul Moreno. (Attachments: # 1 Exhibit Exhibits 1-3, # 2 Civil Cover Sheet)(Pratschler, Meghan) (Filed on 9/25/2023) (Entered: 09/25/2023) |
| 09/25/2023 | | Electronic filing error.This should be a miscellaneous case. Filing fee not paid. Please pay the filing fee through Pay.gov by clicking on Civil > Other Documents > New Case Filing Fee in CM/ECF. [err701]This filing will not be processed by the clerks office. Re: 1 Petition to Vacate Arbitration Award filed by Paul Moreno (as, COURT STAFF) (Filed on 9/25/2023) (Entered: 09/25/2023) |


**PACER Service Center**

**Transaction Receipt**

11/27/2023 20:55:55

| | | | |
|---|---|---|---|
| **PACER Login:** | Yelper140 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:23-cv-04885 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |