# EXHIBIT J



James Daire <jdaire@yelp.com>

---

## yelp.ai Domain Registration

**Paul Moreno** <roofian@aol.com>                                    Thu, Sep 14, 2023 at 8:14 AM
Reply-To: Paul Moreno <roofian@aol.com>
To: "jdaire@yelp.com" <jdaire@yelp.com>, ███████████████████████

Hi James.  Thank you for all the correspondence regarding Yelp.ai.
My attorney is suggesting we appeal the recent decision (which I
think she did already) and is also recommending other tactics that
I am uncomfortable with.  It involves dragging Yelp's name through
the mud and I don't think that is deserved.  Yelp has always been
fair to me and has also generated a lot of business for me.

All I ask is to be reimbursed for my out of pocket costs.  No profit.
I purchased Yelp on Sedo for $5000 plus I have about another $1000
in legal fees.  So you can have Yelp.ai today for $6000.  I think this is
fair on both ends.  See the attached receipt from Sedo.

Please keep this correspondence between you and I confidential. I will fill my
attorney in at the appropriate time.  I appreciate your consideration.

Thank you,
Paul Moreno
Moreno Roofing & Solar
1975-2023
*48 YIB"
Call or Text: 831-818-9453


----- Forwarded Message -----
**From:** Paul Moreno <roofian@aol.com>
**To:** "meghan@meghantheattorney.com" <meghan@meghantheattorney.com>
**Sent:** Wednesday, June 28, 2023 at 02:47:18 PM PDT
**Subject:** Fw: [External] Re: yelp.ai Domain Registration

Here is the correspondence from Yelp.
Please see below and attachment and advise.
Thanks Meghan!

Thank you,
Paul Moreno
Moreno Roofing & Solar
1975-2023
*48 YIB"
Call or Text: 831-818-9453


[Quoted text hidden]



**yelp purchase.png**
43K