# EXHIBIT K



James Daire <jdaire@yelp.com>

## yelp.ai Domain Registration

**James Daire** <jdaire@yelp.com>  Thu, Sep 14, 2023 at 8:36 AM
To: Meghan Pratschler <meghan@meghantheattorney.com>

Meghan,

I cannot communicate with your client about this matter without your consent. Please advise him of that. Also, please send any communications about this matter, whether from you or your client, to me or Reed Lyon and to no one else at Yelp.

Yelp's position in response to your client's petition to vacate the Panel's arbitration award in favor of Yelp is laid out in our September 11, 2023 letter to you.

Regards,
James

---------- Forwarded message ---------
From: **Paul Moreno** <roofian@aol.com>
Date: Thu, Sep 14, 2023 at 8:14 AM
Subject: [External] Fw: [External] Re: yelp.ai Domain Registration
To: jdaire@yelp.com <jdaire@yelp.com>,

Hi James.  Thank you for all the correspondence regarding Yelp.ai.
My attorney is suggesting we appeal the recent decision (which I
think she did already) and is also recommending other tactics that
I am uncomfortable with.  It involves dragging Yelp's name through
the mud and I don't think that is deserved.  Yelp has always been
fair to me and has also generated a lot of business for me.

All I ask is to be reimbursed for my out of pocket costs.  No profit.
I purchased Yelp on Sedo for $5000 plus I have about another $1000
in legal fees.  So you can have Yelp.ai today for $6000.  I think this is
fair on both ends.  See the attached receipt from Sedo.

Please keep this correspondence between you and I confidential. I will fill my
attorney in at the appropriate time.  I appreciate your consideration.

Thank you,
Paul Moreno
Moreno Roofing & Solar
1975-2023
*48 YIB"
Call or Text: 831-818-9453


----- Forwarded Message -----
**From:** Paul Moreno <roofian@aol.com>
**To:** "meghan@meghantheattorney.com" <meghan@meghantheattorney.com>
**Sent:** Wednesday, June 28, 2023 at 02:47:18 PM PDT
**Subject:** Fw: [External] Re: yelp.ai Domain Registration

Here is the correspondence from Yelp.
Please see below and attachment and advise.
Thanks Meghan!

Thank you,
Paul Moreno
Moreno Roofing & Solar
1975-2023
*48 YIB"
Call or Text: 831-818-9453

----- Forwarded Message -----
**From:** Paul Moreno <roofian@aol.com>
**To:** James Daire <jdaire@yelp.com>
**Sent:** Tuesday, June 27, 2023 at 10:59:32 AM PDT
**Subject:** Re: [External] Re: yelp.ai Domain Registration

Thank you for the message. Before the transfer, would you be willing to pay the $5000 that
I paid for the domain? I can provide receipts.

Thank you,
Paul Moreno
Moreno Roofing & Solar
1975-2023
*48 YIB"
Call or Text: 831-818-9453

> On Tuesday, June 27, 2023 at 10:30:38 AM PDT, James Daire <jdaire@yelp.com> wrote:
>
> Hi Paul,
>
> Thanks for your very prompt response, but we request that you transfer the domain to Yelp, as specified in the letter and as described here. I can put you in touch with the appropriate folks to accomplish the transfer.
>
> Regards,
> James
>
> On Tue, Jun 27, 2023 at 10:22 AM Paul Moreno <roofian@aol.com> wrote:
>> Hi there James. We are redirecting Yelp.ai to your main website to avoid any confusion.
>> I did purchase this domain for 5000
>>
>> Thank you,
>> Paul Moreno
>> Moreno Roofing & Solar
>> 1975-2023
>> *48 YIB"
>> Call or Text: 831-818-9453
>>
>>> On Tuesday, June 27, 2023 at 10:10:52 AM PDT, James Daire <jdaire@yelp.com> wrote:
>>>
>>> Hello,
>>>
>>> Please see the attached letter on behalf of Yelp, and feel free to contact me if you have any questions.
>>>
>>> Regards,
>>>
>>> --

James Daire
he/him
Associate Director, Legal
Yelp Inc.
US: CA (Pacific Time)
*I'm sending you this email at a convenient time for me. Yelp is distributed and we work at different times and in different modes. You should not feel obligated to respond to my email if it arrives in your inbox after your office hours, on a weekend, during your personal time off, or on a public holiday, or if you are heads down working.*

--
James Daire
he/him
Associate Director, Legal
Yelp Inc.
US: CA (Pacific Time)
*I'm sending you this email at a convenient time for me. Yelp is distributed and we work at different times and in different modes. You should not feel obligated to respond to my email if it arrives in your inbox after your office hours, on a weekend, during your personal time off, or on a public holiday, or if you are heads down working.*

--
James Daire
he/him
Associate Director, Legal
Yelp Inc.
US: CA (Pacific Time)
I'm sending you this email at a convenient time for me. Yelp is distributed and we work at different times and in different modes. You should not feel obligated to respond to my email if it arrives in your inbox after your office hours, on a weekend, during your personal time off, or on a public holiday, or if you are heads down working.



**yelp purchase.png**
43K