JOHN D. FREED (S.B.N. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email:        jakefreed@dwt.com

JAMES DAIRE (S.B.N. 239637)
REED LYON (S.B.N. 288361)
YELP INC.
350 Mission St. 10th Floor
San Francisco, CA 94105
Telephone: (415) 908-3801
Facsimile: (415) 615-0809
Email:        jdaire@yelp.com
Email:        reedlyon@yelp.com

Attorneys for Plaintiff
YELP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL MORENO, an individual, and MORENO ROOFING COMPANY, INC., a California Stock Corporation dba Moreno Roofing and Solar,<br><br>    Defendants. | CASE NO: 3:23-cv-06417<br><br>**PLAINTIFF YELP INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS UNDER CIV. L.R. 3-15 AND CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Yelp Inc. certifies that it has no parent company, and that the following publicly held corporations own 10% or more of its stock:

1. BlackRock, Inc.
2. The Vanguard Group, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. BlackRock, Inc.
2. The Vanguard Group, Inc.

DATED: December 13, 2023      DAVIS WRIGHT TREMAINE LLP

By: /s/  John D. Freed
           John D. Freed

Attorneys for Plaintiff
Yelp Inc.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.