| | |
|---|---|
| 1 | JOHN D. FREED (S.B.N. 261518) |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | 50 California Street, Suite 2300 |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 276-6500 |
| | Facsimile: (415) 276-6599 |
| 4 | Email:         jakefreed@dwt.com |
| 5 | |
| | JAMES DAIRE (S.B.N. 239637) |
| 6 | REED LYON (S.B.N. 288361) |
| | YELP INC. |
| 7 | 350 Mission St. 10th Floor |
| | San Francisco, CA 94105 |
| 8 | Telephone: (415) 908-3801 |
| | Facsimile: (415) 615-0809 |
| 9 | Email:         jdaire@yelp.com |
| 10 | Email:         reedlyon@yelp.com |
| 11 | Attorneys for Plaintiff |
| | YELP INC. |

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., a Delaware corporation, | Case No. 23-cv-06417 |
| Plaintiff, | **NOTICE OF APPEARANCE OF JAMES DAIRE FOR PLAINTIFF YELP INC.** |
| v. | |
| PAUL MORENO, an individual, and MORENO ROOFING COMPANY, INC., a California Stock Corporation dba Moreno Roofing and Solar, | |
| Defendants. | |

PLEASE TAKE NOTICE that James Daire of Yelp Inc. hereby enters an appearance as counsel for Plaintiff Yelp Inc. Mr. Daire is a member in good standing of the California State Bar and admitted to practice before this Court. Mr. Daire's contact information is as follows:

James Daire
Yelp Inc.
350 Mission Street 10th Floor
San Francisco, CA 94105
Telephone: (415) 289-9170
Email: jdaire@yelp.com

DATED: December 13, 2023

By: /s/ *James Daire*
        James Daire

Attorneys for Plaintiff
Yelp Inc.

DAIRE NOTICE OF APPEARANCE
Case No. 23-cv-06417

1

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500