1

2

3

4                   UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    YELP, INC.,                          Case No.  23-cv-06417-AMO

            Plaintiff,

8

9        v.                              **ORDER SETTING INITIAL CASE**
                                         **MANAGEMENT CONFERENCE**
10   PAUL MORENO, et al.,                **AND ADR DEADLINES**

            Defendants.

11

12

13        IT IS HEREBY ORDERED that this action is assigned to the Honorable Araceli Martinez-

14   Olguin. When serving the complaint or notice of removal, the plaintiff or removing defendant

15   must serve on all other parties a copy of this order and all other documents specified in Civil Local

16   Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise

17   orders.

18        IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

19   Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients

20   shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

21   Procedures in the Northern District of California" on the Court's ADR webpage at

22   www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's

23   Office.

24

25

26

27

28

United States District Court
Northern District of California

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 12/13/2023 | Complaint Filed | |
| 2/22/2024 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R. Civ. P. 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (available at www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 3/7/2024 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 3/14/2024 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br><br>Civil Calendar: San Francisco, Ctrm 10, 19th Floor. Criminal Calendar: Oakland, Ctrm 3, 3rd Floor.<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R . 16-10 |

\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

United States District Court
Northern District of California